UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

ROQUE RIVERA                                           Case Number 11-32113-BKC-RAM
SSN XXX.XX.8698                                        Chapter 13

     Debtor.
_____/

**DEBTOR'S EX-PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES, DECLARATION CONCERNING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, PAYMENT ADVICES, STATEMENT OF CURRENT MONTHLY INCOME, CHAPTER 13 PLAN AND AVOID DISMISSAL OF CHAPTER 13 CASE**

The Debtor, **ROQUE RIVERA,** hereby files this *Ex-parte Motion to Extend Time to File Schedules, Summary of Schedules, Declaration Concerning Schedules, Statement of Financial Affairs, Payment Advices, Statement of Current Monthly Income, Means Test Calculation, Chapter 13 Plan And Avoid Dismissal of Chapter 13 Case* and states in support thereof:

1. This is a Chapter 13 case that was filed on August 5, 2011. Time was of the essence. Accordingly, a "skeleton" petition was filed.

2. The deadline to file the Schedules, Summary of Schedules, Declaration Concerning Schedules, Statement of Financial Affairs, Payment Advices, Statement of Current Monthly Income, and Chapter 13 Plan is August 19, 2011.

3. The Debtor is actively working on obtaining all documents needed to complete his schedules, statement of financial affairs, statement of current monthly income and chapter 13 plan. However, the Debtor has been unable to obtain all of the required documents and/or information needed to complete all pertinent documents.

4.  The Debtor needs an additional 45 days to prepare and file the schedules, summary of schedules, declaration concerning schedules, statement of financial affairs, payment advices, statement of current monthly income and chapter 13 plan.  The Debtor seeks that the case not be dismissed during this period.  The Debtor understands that any extension of time awarded to file the required documents is not deemed an extension of time as to the required chapter 13 plan payments.

**WHEREFORE**, the Debtor seeks the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail and ECF (on applicable parties), on this 19th day of August, 2011 to all parties on the attached service list.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

SANDRA NAVARRO-GARCIA, P.A
Counsel for the Debtor
6337 SW 40 Street
Miami, FL. 33155
E-MAIL: SNG@SNGLAW.NET
Telephone: 305-667-5103 ▪ Facsimile: 305-667-5106

/S/ Sandra Navarro-Garcia
Sandra Navarro-Garcia, Esq., FBN 188735