

ORDERED in the Southern District of Florida on May 29, 2013.

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:                                                      PROCEEDINGS UNDER CHAPTER 13
ROQUE RIVERA                                    CASE NO.: 11-32113-RAM
XXX-XX-8698

_____**Debtor**  /

### ORDER GRANTING DEBTORS' EMERGENCY MOTION TO REOPEN CHAPTER-13 CASE AND SHORTEN PREJUDICE PERIOD

THIS CAUSE having come before the court on May 23, 2013, upon Debtors' Motion to Reopen Chapter-13 Case and Shorten Prejudice Period of Dismissal pursuant to 11 U.S.C. § 105(a), Bankruptcy Rule 5010, and Local Rule 5010-1(B), and based upon the record, it is

**ORDERED** as follows:

1. The motion is **GRANTED** and this Chapter-13 case is reopened.
2. The prejudice period of the dismissal for the Debtor is waived in order to allow Debtor to immediately file a new Chapter 13 case.
3. All funds paid to the trustee will be vested.

###

Attorney Patrick L. Cordero is directed to furnish a complete and correct copy of this order to all interested parties and file a certificate of service with the court.